IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK FORD, | ) | CIVIL ACTION NO. 2:24-cv-1023 |
| | ) | |
| Plaintiff, | ) | HONORABLE MARILYN J. HORAN |
| | ) | |
| v. | ) | |
| | ) | |
| MUNICIPALITY OF PENN HILLS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear their own fees and costs.

Respectfully submitted,

s/Francis D. Wymard
Francis D. Wymard, Esquire
fwymard@travelers.com

*Counsel for Defendant*

William J. Ferren & Associates
P.O. Box 2903
Hartford, Connecticut 06104

s/Massimo A. Terzigni
Massimo A. Terzigni, Esquire
mterzigni@joelsansonelaw.com
PA ID No. 317165

*Counsel for Plaintiff*

Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194


By the Court,

*/s/ Marilyn J. Horan, J.*